UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRYANT GRAHAM, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:23-cv-00216-MKK- RLY |
| TREVOR C. LYNHAM AND URS MIDWEST INC. D/B/A URS, | ) ) ) ) |
| Defendants. | ) |

**ORDER OF DISMISSAL WITH PREJUDICE**

Upon the stipulation of Plaintiff, Bryant Graham, and Defendants Trevor C. Lynham and URS Midwest Inc. d/b/a URS, and the request for dismissal, with prejudice, it is ordered that the above entitled cause and all claims asserted therein be dismissed, WITH PREJUDICE, costs paid.

SO ORDERED.

Date: 2/29/2024

_____
M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

DISTRIBUTION:

All ECF-Registered counsel of record via CM/ECF